1    STEVENS & LEE
     Robert P. Donovan (*pro hac vice*)
2    robert.donovan@stevenslee.com
     669 River Drive, Suite 201
3    Elmwood Park, New Jersey 07407
     Telephone:  (201) 857-6778
4    Facsimile:  (610) 371-7938
5
     WILLENKEN LLP
6    Jason H. Wilson (Bar No. 140269)
     jwilson@willenken.com
7    Kirby Hsu (Bar No. 312535)
     khsu@willenken.com
8    707 Wilshire Boulevard, Suite 3850
     Los Angeles, California 90017
9    Telephone:  (213) 955-9240
     Facsimile:  (213) 955-9250
10
11
     Attorneys for Defendant
12   ARIZONA BEVERAGES USA, LLC
13                   UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16  THOMAS IGLESIAS, individually and on behalf of all others similarly situated, | CASE NO. 4:22-cv-09108-JSW |
| 17 | DEFENDANT'S ADMINISTRATIVE |
| 18          Plaintiff, | MOTION TO FILE PORTIONS OF BRIEF UNDER SEAL PURSUANT TO LOCAL |
| 19      v. | RULE 79-5(e) |
| 20  ARIZONA BEVERAGES USA, LLC, | |
| 21          Defendant. | |
| 22 | |

23          Defendant, Arizona Beverages USA, LLC ("Defendant"), hereby moves to file a portion

24   of Defendant's Memorandum of Points and Authorities, filed in support of Defendant's motion

25   to dismiss, under seal.  The portion of the brief sought to be sealed contains information, in a

26

27   letter from Plaintiff to Defendant, dated December 12, 2022 ("December 12 Letter"), referenced

28
     ───────────────────────────────────────────────
     DEFENDANT'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF BRIEF UNDER SEAL
                                      -1-

by Plaintiff in the complaint.  Plaintiff designated the December 12 Letter as a "Confidential Communication Pursuant to Cal. Evid. Code §§ 1152, 1154 and Fed. R. Evid. 408."

By way of a separate motion filed under Local Rule 79-5(f), Defendants have filed the December 12 Letter under seal.  Defendant disputes that the December 12 letter is entitled to any confidential protections.  Nevertheless, in an abundance of caution, Defendant hereby requests that the unredacted Defendant's Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss, containing contents of the December 12 Letter, be conditionally filed under seal.  Therefore, pursuant to Local Rule 79-5(e), Defendant respectfully requests to seal, conditionally, the following document:

| Document | Portion to be Sealed | Reason for Sealing |
|---|---|---|
| Defendant's Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss | The portions of Defendant's Memorandum, redacted at page 6, quoting contents of Plaintiff's December 12, 2022 Letter. | Plaintiff's December 12, 2022 Letter to Defendant is designated as a communication protected by Cal. Evid. Code §§ 1152, 1154 and Fed. R. Evid. 408 |

Dated:  February 24, 2023

/s/ Robert P. Donovan
ROBERT P. DONOVAN

STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone:  (201) 857-6778
Facsimile:  (610) 371-7938
Attorneys for Defendant,
Arizona Beverages USA LLC

02/24/2023 SL1 1830562v1 115260.00012