UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS,<br><br>    Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>    Defendant. | Case No.  22-cv-09108-JSW<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT AND VACATING HEARING**<br><br>Re: Dkt. Nos. 26, 27, 28 |

Now before the Court is the motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) filed by Defendant Arizona Beverages USA, LLC.  In response to the motion to dismiss, Plaintiff has filed an amended complaint.  The amended complaint supersedes the original complaint, and the original complaint no longer performs any function.  *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015); *see also* Fed. R. Civ. P. 15(a)(1)(B). Accordingly, Defendant's motion to dismiss and the motions to seal are DENIED AS MOOT. The Court VACATES the hearing date of March 31, 2023.

**IT IS SO ORDERED.**

Dated: March 13, 2023

_____
JEFFREY S. WHITE
United States District Judge