Jason H. Wilson, Esq. (ID No. 140269)
Kirby Hsu, Esq. (ID No. 312535)
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Telephone No.: (213) 955-8020
Facsimile No.: (213) 955-9250
jwilson@willenken.com
khsu@willenken.com

STEVENS & LEE
Robert P. Donovan (*admitted pro hac vice*)
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone No.: (201) 857-6778
Facsimile No.: (610) 371-7938
robert.donovan@stevenslee.com

*Attorneys for Defendant,*
ARIZONA BEVERAGES USA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>Defendant. | Case No. 4:22-cv-09108-JSW<br>Judge: Hon. Jeffrey S. White<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE RE: DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT OR TO STAY OR TO TRANSFER ACTION**<br><br>[Proposed Order Filed Concurrently Herewith] |

Pursuant to this Court's Standing Order and Civil Local Rules 6-1 and 6-2, Plaintiff Thomas Iglesias ("Plaintiff") and Defendant Arizona Beverages USA, LLC ("Defendant") (collectively, the "Parties"), through their respective counsel hereby stipulate and respectfully request that the Court enlarge the deadline for Defendant to file its reply brief to Plaintiff's opposition Defendant's Motion to Dismiss First Amended Complaint or to Stay or to Transfer Action (ECF No. 51), as follows:

# RECITALS

WHEREAS, on August 31, 2023, Defendant filed a motion to dismiss or to stay or to transfer the action (ECF No. 51);

WHEREAS, Defendant's deadline to file a reply brief is September 29, 2023 (ECF No. 53);

WHEREAS, the hearing date on the motion is scheduled for October 20, 2023, at 9:00 a.m. (ECF No. 53);

WHEREAS, Defendant asserts that due to: (1) the issues raised in Plaintiff's opposition that necessitate an extensive review and analysis; and (2) the unavailability of Defendant's counsel during a portion of this week because of depositions in another matter, the requested extension is necessary for Defendant to have adequate time to brief the issues in the reply;

WHEREAS, to date, there have been the following time modifications: (1) on January 17, 2023, the Parties filed a stipulation to extend the time for Defendant to file a response to the complaint (ECF No. 15); (2) on February 14, 2023, Defendant filed an administrative motion to continue the case management conference (ECF No. 21), which the Court granted on February 21, 2023 (ECF No. 24); (3) on March 17, 2023, the Parties filed a joint stipulation extending the deadline for Defendant's responsive pleading (ECF No. 31), which the Court granted the same day (ECF No. 32); (4) on May 11, 2023, Defendant filed an administrative motion, supported by a joint stipulation, requesting an extension of the deadline for Defendant to file a reply to Plaintiff's opposition to Defendant's motion to dismiss (ECF No. 37), which the Court granted that same day (ECF No. 38), (5) on June 27, 2023, the Parties filed a joint stipulation to extend the deadline for Defendant to file a responsive pleading (ECF No. 48), which the Court granted the same day (ECF No. 49); and on September 6, 2023, the Parties filed a joint stipulation (ECF No. 52), which the Court granted on September 7, 2023 (ECF No. 53), extending the briefing schedule with regard to the instant motion setting the due date for opposition on September 22, 2023 and setting the deadline for a reply as September 29, 2023;

WHEREAS, adopting the Parties' briefing schedule does not prejudice any party, is made in good faith, does not impact the hearing date on the motion, and will not delay the case.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Defendant's new deadline to file a reply brief in support of its motion (ECF No. 51) shall be extended to October 6, 2023.

2. The hearing date scheduled for October 20, 2023, at 9:00 a.m. shall remain unchanged.

**IT IS SO STIPULATED.**

DATED: September 26, 2023

**CLARKSON LAW FIRM, P.C.**

By: */s/ Alan Gudino*
Ryan J. Clarkson, Esq.
Bahar Sodaify, Esq.
Alan Gudino, Esq.
Ryan D. Ardi, Esq.

*Attorneys for Plaintiff*

DATED: September 26 2023

**STEVENS & LEE**

By: */s/ Robert P. Donovan*
Robert P. Donovan, Esq.

**WILLENKEN LLP**
Jason H. Wilson, Esq.
Kirby Hsu Esq.

*Attorneys for Defendant*

**ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: September 26, 2023   **STEVENS & LEE**

By: /s/ *Robert P. Donovan*
Robert P. Donovan, Esq.