**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Alan Gudino (SBN 326738)
*agudino@clarksonlawfirm.com*
Samuel M. Gagnon (*pro hac vice*)
*sgagnon@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

**WILLENKEN LLP**
Jason H. Wilson (SBN 140269)
*jwilson@willenken.com*
Kirby Hsu (SN 312535)
*khsu@willenken.com*
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel.: (213) 955-9240
Fax: (213) 955-9250

**STEVENS & LEE**
Robert P. Donovan (admitted *Pro Hac Vice*)
*robert.donovan@stevenslee.com*
Shirley D. Moreno (admitted *Pro Hac Vice*)
*shirley.moreno@stevenslee.com*
Nicholas P. Eliades (SBN 351805)
*nicholas.eliades@stevenslee.com*
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Tel.: (201) 857-6778
Fax: (610) 371-7938

**STEVENS & LEE**
Nicholas H. Pennington (admitted *Pro Hac Vice*)
*nicholas.pennington@stevenslee.com*
Matthew C. Brunelli (admitted *Pro Hac Vice*)
*matthew.brunelli@stevenslee.com*
620 Freedom Business Center, Ste. 200
King of Prussia, PA 19406
Tel: (610) 205-6352

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>Defendant. | Case No.  4:22-cv-09108-JSW<br>FAC Filed: March 10, 2023<br><br>Judge*: Hon. Jeffrey S. White*<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**<br><br>[*Declaration of Bahar Sodaify filed concurrently herewith*] |

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway  |  Malibu, CA 90265

Pursuant to Civil Local Rules 7-1 and 7-12, Plaintiff Thomas Iglesias ("Plaintiff") and Defendant Arizona Beverages USA, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to modify dates in the current Scheduling Order, dated July 21, 2024 (ECF 77) ("Scheduling Order"), as follows:

## RECITALS

1.      WHEREAS, on June 5, 2023, the Court set deadlines in this case (ECF 44), on February 2, 2024, the Court entered a modified scheduling order based on the Parties' stipulation (ECF 68), and on July 21, 2024, the Court modified the scheduling order based on the Parties' stipulation (ECF 77);

2.      WHEREAS, since the commencement of discovery, the Parties have diligently engaged in discovery, including conducting written discovery, producing and reviewing thousands of documents, issuing deposition notices, issuing third-party subpoenas, and participating in multiple meet and confer sessions to resolve discovery disputes;

3.      WHEREAS, Defendant took Plaintiff's deposition on September 19, 2024;

4.      WHEREAS, the Parties have met and conferred to schedule Rule 30(b)(6) depositions and require additional time to continue their discovery efforts, including resolving disputes over scheduling and deposition topics, and because a key member of Plaintiff's counsel is currently on paternity leave until early to mid-November;

5.      WHEREAS, accordingly, the Parties request that the current class certification deadline of January 15, 2025, be extended to accommodate the pending depositions and any subsequent discovery, and to allow the Parties the ability to incorporate the findings from the depositions into their briefing, ensuring thorough and comprehensive preparation for any class certification motion;

6.      WHEREAS, the Parties have previously jointly stipulated to and obtained schedule modifications to allow the Parties to continue diligently pursuing and completing discovery necessary for class certification (ECF 68, ECF 77);

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265

7.    WHEREAS, the Parties have met and conferred about the Scheduling Order and agreed there is good cause to grant the stipulated extension of the class certification motion deadline and related dates as this additional time is necessary to ensure adequate preparation for the class certification motion, completion of Defendant's Rule 30(b)(6) depositions, preparation of expert reports for the class certification briefing, accommodation of scheduling conflicts, consideration that a key member of Plaintiff's counsel is currently on paternity leave until early to mid-November, and prevention of undue prejudice.

## STIPULATION

8.    THEREFORE, the Parties stipulate and agree to extend the Scheduling Order, as follows:

| AMENDED CASE MANAGEMENT SCHEDULING ORDER | | |
|---|---|---|
| **Event** | **Current Date (ECF 77)** | **Proposed Date** |
| Deadline to File Motion for Class Certification | January 15, 2025 | March 24, 2025 |
| Deadline to Oppose Motion for Class Certification | March 21, 2025 | June 2, 2025 |
| Deadline to File Reply on Motion for Class Certification | May 15, 2025 | July 28, 2025 |
| Deadline to Complete Deposition of Plaintiff's Experts Regarding Class Certification | February 28, 2025 | May 13, 2025 |
| Deadline to Complete Deposition of Defendant's Experts Regarding Class Certification | April 28, 2025 | July 14, 2025 |

**IT IS SO STIPULATED.**

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway  |  Malibu, CA 90265

Dated: October 7, 2024

**CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
    Ryan J. Clarkson
    Bahar Sodaify
    Alan Gudino
    Samuel M. Gagnon

*Attorneys for Plaintiff*

Dated: October 7, 2024

**STEVENS & LEE**

By: */s/ Robert P. Donovan*
    Robert P. Donovan
    Shirley D. Moreno
    Nicholas P. Eliades
    Nicholas H. Pennington
    Matthew C. Brunelli

**WILLENKEN LLP**
    Jason H. Wilson
    Kirby Hsu

*Attorneys for Defendant*

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                       HON. JEFFREY S. WHITE
                                       UNITED STATES DISTRICT COURT,
                                       NORTHERN DISTRICT OF CALIFORNIA


## ATTESTATION OF FILER

      Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 7, 2024                 By: */s/ Bahar Sodaify*
                                           *Attorney for Plaintiff*

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway  |  Malibu, CA 90265