**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Alan Gudino (SBN 326738)
*agudino@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>Defendant. | Case No. 4:22-cv-09108-JSW<br>FAC Filed: March 10, 2023<br><br>*Assigned to Hon. Jeffrey S. White*<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIALS SHOULD BE SEALED IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

1   Pursuant to the Stipulated Protective Order (ECF No. 46) ("Protective Order") and Civil L.R. 7-11 and 79-5(f), Plaintiff Thomas Iglesias respectfully moves for an order permitting him to file under seal portions of his Motion for Class Certification, portions of the Declaration of Gareth J. Macartney, and exhibits attached to the Declaration of Alan Gudino. These documents reference information that Defendant Arizona Beverages USA, LLC ("Defendant") and non-party Circana Inc. ("Circana") have designated as confidential under the Protective Order. Plaintiff states that the "compelling reasons" standard applies at class certification. *See Zheng-Lawson v. Toyota Motor Corp.*, 2019 WL 3413253, at *2-3 (N.D. Cal. July 29, 2019) ("[M]ost district courts within the Ninth Circuit have applied the compelling reasons test to documents relating to class certification"). However, Plaintiff submits this request solely to comply with Civil L.R. 79-5 and the Protective Order and takes no position on whether Defendant or Circana satisfy the applicable standard for sealing this information. Pursuant to Civil L.R. 79-5(f)(3), Defendant and Circana, as the designating parties, must file a declaration within seven days establishing that the documents warrant sealing. *See also* Civil L.R. 79-5(c)(1).

Under Civil L.R. 79-5 and Section 12.3 of the Protective Order, Plaintiff seeks to file the following documents, or portions thereof, under seal:

| Document/Exhibit | Portions to Seal | Basis for Sealing |
|---|---|---|
| Plaintiff's Notice of Motion and Motion; Memorandum of Points and Authorities ISO Plaintiff's Motion for Class Certification (ECF No. 102) | Page 1: Lines 8, 10-12<br>Page 3: Lines 1-5, 9-10, 12-15, 21, 22, 24-25<br>Page 4: Lines 12-28<br>Page 5: Lines 1-2<br>Page 7: Line 25 | The document contains and/or references information Defendant and Circana designated as "CONFIDENTIAL." |
| Macartney Decl. (ECF No. 102-2) | Pages 24, 25 | The document contains information Defendant and Circana designated as "CONFIDENTIAL." |
| Exhibit 1 [Product labels] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-6) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |

| Document/Exhibit | Portions to Seal | Basis for Sealing |
|---|---|---|
| Exhibit 2 [Excerpts of deposition transcript for Defendant's Rule 30(b)(6) designee, Don Vultaggio] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-7) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 3 [Defendant's email communications] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-8) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 4 [Defendant's internal documents] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-9) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 5 [History of Arizona presentation slide] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-10) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 6 [Defendant's slides on trends and sales] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-11) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 7 [Defendant's supplier analysis of label claims] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-12) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 8 [Consumer complaint] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |

| Document/Exhibit | Portions to Seal | Basis for Sealing |
|---|---|---|
| (ECF No. 102-13) | | |
| Exhibit 9 [Consumer complaint] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-14) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 10 [Consumer complaint] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-15) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 11 [Consumer complaint] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-16) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |

DATED: May 15, 2025

**CLARKSON LAW FIRM, P.C.**

By: */s/ Alan Gudino*
    Ryan J. Clarkson
    Bahar Sodaify
    Alan Gudino

*Attorneys for Plaintiff*