**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Alan Gudino (SBN 326738)
*agudino@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ARIZONA BEVERAGES USA, LLC, <br><br> Defendant. | Case No. 4:22-cv-09108-JSW <br> FAC Filed: March 10, 2023 <br><br> *Assigned to Hon. Jeffrey S. White* <br><br> **DECLARATION OF ALAN GUDINO IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIALS SHOULD BE SEALED IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Case No. 4:22-cv-09108-JSW
DECLARATION OF ALAN GUDINO RE: MOTION TO CONSIDER WHETHER TO SEAL

# **DECLARATION OF ALAN GUDINO**

I, Alan Gudino, hereby declare as follows:

1. I am a senior associate at Clarkson Law Firm, P.C. ("Clarkson") and counsel of record for Plaintiff Thomas Iglesias ("Plaintiff") in this putative class action. I make this declaration in support of Plaintiff's Administrative Motion to Consider Whether Materials Should be Sealed in Support of Plaintiff's Motion for Class Certification. I am admitted to the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify to them.

2. I caused to be served on the Court and all counsel an unredacted version of the documents identified in the table below.

3. Pursuant to the Stipulated Protective Order, Defendant Arizona Beverages USA, LLC ("Defendant") and non-party Circana Inc. ("Circana") designated certain information as "CONFIDENTIAL." *See* Protective Order, ECF No. 46 § 5.2. In support of his Motion for Class Certification, Plaintiff relied on documents and information designated as confidential by Defendant and Circana. To comply with those confidentiality designations, Plaintiff seeks to redact portions of his Motion for Class Certification, exhibits to the Declaration of Alan Gudino filed in support, and the Declaration of Gareth Macartney that reference this confidential information and to seal the exhibits containing Defendant's and Circana's confidential materials in their entirety.

4. Pursuant to the Protective Order and Civ. L.R. 79-5, Plaintiff is required to file this motion to consider whether Defendant's and Circana's confidential information should be sealed. However, it is Defendant's and Circana's burden, as the designating parties, to establish that the designated materials meet the standard for sealing under Civil L.R. 79-5(f). The specific documents or portions sought to be sealed are indicated below:

| Document/Exhibit | Portions to Seal | Basis for Sealing |
|---|---|---|
| Plaintiff's Notice of Motion and Motion; Memorandum of Points and Authorities ISO Plaintiff's Motion for Class Certification (ECF No. 102) | Page 1: Lines 8, 10-12<br>Page 3: Lines 1-5, 9-10, 12-15, 21, 22, 24-25<br>Page 4: Lines 12-28<br>Page 5: Lines 1-2<br>Page 7: Line 25 | The document contains and/or references information Defendant and Circana designated as "CONFIDENTIAL." |

| Document/Exhibit | Portions to Seal | Basis for Sealing |
|---|---|---|
| Macartney Decl. (ECF No. 102-2) | Pages 24, 25 | The document contains information Defendant and Circana designated as "CONFIDENTIAL." |
| Exhibit 1 [Product labels] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-6) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 2 [Excerpts of deposition transcript for Defendant's Rule 30(b)(6) designee, Don Vultaggio] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-7) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 3 [Defendant's email communications] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-8) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 4 [Defendant's internal documents] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-9) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 5 [History of Arizona presentation slide] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-10) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 6 [Defendant's slides on trends and sales] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-11) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |

| Document/Exhibit | Portions to Seal | Basis for Sealing |
|---|---|---|
| Exhibit 7 [Defendant's supplier analysis of label claims] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-12) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 8 [Consumer complaint] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-13) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 9 [Consumer complaint] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-14) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 10 [Consumer complaint] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-15) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |
| Exhibit 11 [Consumer complaint] to the Declaration of Alan Gudino ISO Plaintiff's Motion for Class Certification (ECF No. 102-16) | Entire Document | The document contains information Defendant designated as "CONFIDENTIAL." |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on May 15, 2025.

By: /s/ Alan Gudino
Alan Gudino