WILLENKEN LLP
Jason H. Wilson, Esq. (ID No. 140269)
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Telephone No.: (213) 955-8020
Facsimile No.: (213) 955-9250
jwilson@willenken.com

STEVENS & LEE
Robert P. Donovan (*admitted pro hac vice*)
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone No.: (201) 857-6778
Facsimile No.: (610) 371-7938
robert.donovan@stevenslee.com

*Attorneys for Defendant,*
ARIZONA BEVERAGES USA, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC<br><br>Defendant. | CASE NO. 4:22-CV-09108-JSW<br><br>DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIALS SHOULD BE SEALED |

Pursuant to the Stipulated Protective Order (ECF No. 46) ("Protective Order") and Civil L.R. 7-11 and 79-5, defendant, Arizona Beverages USA LLC ("Defendant"), respectfully moves for an order permitting Defendant to file under seal portions of its Motion for Summary Judgment, and exhibits attached to the Declaration of Robert P. Donovan. These documents reference information that Plaintiff, Thomas Iglesias ("Plaintiff"), designated as confidential under the Protective Order.

Defendant submits this request solely to comply with Civil L.R. 79-5 and the Protective Order and takes no position on whether Plaintiff satisfies the applicable standard for sealing this information. Pursuant to Civil L.R. 79-5(f)(3), Plaintiff, as the designating party, must file a

1  declaration within seven days establishing that the documents warrant sealing. *See also* Civil
2  L.R. 79-5(c)(1).
3        Under Civil L.R. 79-5 and Section 12.3 of the Protective Order, Defendant respectfully
4  seeks to file the following documents, or portions thereof, under seal:

| Document/Exhibit | Portions to Seal | Basis for Sealing |
|---|---|---|
| Defendant's Notice of Motion and Motion; Memorandum of Points and Authorities ISO Defendant's Motion for Summary Judgment (ECF No. 109) | Page 3, Lines 15-17<br>Page 4, Lines 23-25<br>Page 5, Lines 7-9<br>Page 17, Lines 6-7 | The document contains and/or references information Plaintiff designated as "CONFIDENTIAL." |
| Exhibit A [Portions of Plaintiff's Deposition Testimony] to the Declaration of Robert P. Donovan ISO Defendant's Motion for Summary Judgment (ECF No. 109-2) | Page 81, Lines 2-3;<br>Page 127, Lines 2-12;<br>Page 135, Lines 2-12 | The document contains information Plaintiff designated as "CONFIDENTIAL." |
| Exhibit B [Plaintiff's retainer agreement] to the Declaration of Robert P. Donovan ISO Defendant's Motion for Summary Judgment (ECF No. 109-3) | Entire Document | The document contains information Plaintiff designated as "CONFIDENTIAL." |
| Exhibit D [Plaintiff's letter dated June 13, 2022] to the Declaration of Robert P. Donovan ISO Defendant's Motion for Summary Judgment (ECF No. 109-5) | Entire Document | The document contains information Plaintiff designated as "CONFIDENTIAL." |
| Exhibit E [Plaintiff's letter dated December 12, 2022] to the Declaration of Robert P. Donovan ISO Defendant's Motion for Summary Judgment (ECF No. 109-6) | Entire Document | The document contains information Plaintiff designated as "CONFIDENTIAL." |

Dated: June 20, 2025

Robert P. Donovan

STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone: (201) 857-6778
Facsimile: (201) 857-6761
Robert.Donovan@stevenslee.com

*Attorneys for Defendant,*
*Arizona Beverages USA LLC*

-3-
DEFENDANT'S ADMINISTRATIVE MOTION

06/19/2025 SL1 3015049v1 115260.00012