**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Alan Gudino (SBN 326738)
*agudino@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC ,<br><br>Defendant. | Case No. 4:22-cv-09108-JSW<br>FAC Filed: March 10, 2023<br><br><u>CLASS ACTION</u><br><br>Assigned to Hon. Jeffrey S. White<br><br>**DECLARATION OF ALAN GUDINO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br><u>Hearing Information</u><br>Date:  August 1, 2025<br>Time:  9:00 a.m.<br>Ctrm:  5, 2nd Floor |

DECLARATION OF ALAN GUDINO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

## DECLARATION OF ALAN GUDINO

I, Alan Gudino, declare as follows:

      1.     I am a senior associate at Clarkson Law Firm, P.C. and counsel of record for Plaintiff Thomas Iglesias ("Plaintiff") in this action. I am admitted to practice law in the State of California and before this Court. I have personal knowledge of the facts asserted in this declaration.

      2.     Defendant Arizona Beverages USA, LLC deposed Plaintiff on September 19, 2024. Attached as **Exhibit A** is a true and accurate copy of relevant excerpts of Plaintiff's deposition transcript.

      Executed this seventh day of July, 2025, at San Diego, California.

                           By: */s/ Alan Gudino*
                               Alan Gudino, Esq.

Clarkson Law Firm, P.C.  |  22525 Pacific Coast Highway  |  Malibu, CA 90265