# Exhibit "A"

*Plaintiff's Opposition to Defendant's Motion for Summary Judgment*

Deposition Transcript of Plaintiff Thomas Iglesias, dated September 19, 2024

Page 1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                  ---oOo---

4     THOMAS IGLESIAS, individually

      and on behalf of all others

5     similarly situated,

6              Plaintiff,

7     vs.                    CASE NO. 4:22-CV-09108-JSW

8     ARIZONA BEVERAGES, USA,

      LLC,

9

              Defendants.

10    _____/

11

12

13

14

15          VIDEOTAPED DEPOSITION OF THOMAS IGLESIAS

16

17                  September 19, 2024

18

19

20

21    Reported by Diana L. Gonzalez, CSR No. 7935

22

23    PAGES 1 - 159

24    PAGES 78 - 81 and 127 and 135 - 138 ARE CONFIDENTIAL AND

25    BOUND UNDER SEPARATE COVER

Page 2

1                        I N D E X
2                                                   PAGE
3    EXAMINATION BY MR. DONOVAN                      10
4
5
6
7
8                      E X H I B I T S
9    DEFENDANT'S                                     PAGE
10     Exhibit D1    Defendant's Notice of Oral       16
                     Deposition of Plaintiff Thomas
11                   Iglesias in the Thomas Iglesias
                     versus AriZona Beverages USA, LLC
12                   matter
13     Exhibit D2    Class Action Complaint in the    33
                     Thomas Iglesias versus Welch Foods,
14                   Inc. matter
15     Exhibit D3    Application Pursuant to          37
                     California Rule of Court 3.770
16                   to Voluntarily Dismiss Case With
                     Prejudice in the Thomas Iglesias
17                   versus Welch Foods, Inc. matter
18     Exhibit D4    Class Action Complaint in the    38
                     Thomas Iglesias versus Ferrara
19                   Candy Co. matter
20     Exhibit D5    First Amended Complaint in the   39
                     Thomas Iglesias versus Ferrara
21                   Candy Co. matter
22     Exhibit D6    Second Amended Complaint in the  39
                     Thomas Iglesias versus Ferrara
23                   Candy Co. matter
24     Exhibit D7    Declaration of Thomas Iglesias   42
                     in the Thomas Iglesias versus
25                   Ferrara Candy Co. matter

Page 3

1              E X H I B I T S (Continued)
2    DEFENDANT'S                                      PAGE
3    Exhibit D8    Class Action Complaint Jury        43
                   Trial Demand in the Thomas
4                  Iglesias versus For Life
                   Products matter
5
     Exhibit D9    First Amended Class Action         48
6                  Complaint Jury Trial Demand in
                   the Thomas Iglesias, et al.
7                  versus For Life Products matter
8    Exhibit D9-A  Exhibits to the First Amended      48
                   Class Action Complaint Product
9                  Labels in the Thomas Iglesias,
                   et al. versus For Life Products
10                 matter
11   Exhibit D10   Plaintiff Thomas Iglesias'         49
                   Responses and Objections to
12                 Defendant For Life Products, LLC's
                   Interrogatories to Plaintiffs - Set
13                 One in the Thomas Iglesias, et al.
                   versus For Life Products matter
14
     Exhibit D11   Plaintiff Thomas Iglesias'         52
15                 Supplemental Responses to Defendant
                   AriZona Beverages USA, LLC's Initial
16                 Interrogatories
17   Exhibit D12   Plaintiff Thomas Iglesias'         57
                   Responses to Defendant AriZona
18                 Beverages USA, LLC's First Request
                   for the Production of Documents
19
     Exhibit D13   Docket sheet for Bankruptcy        59
20                 Petition No. 01-32182
21   Exhibit D14   Grant deed for 686 Hamilton        61
                   Street, San Francisco
22
     Exhibit D15   Grant deed for 1832 Venice Drive,  63
23                 Concord
24   Exhibit D16   Grant deed for 1832 Venice Drive,  68
                   Concord
25

Page 4

1                       E X H I B I T S (Continued)
2         DEFENDANTS'                                        PAGE
3         Exhibit D17    Grant deed for 51 Prague Street,     70
                         San Francisco
4
          Exhibit D18    Retainer agreement                   71
5
          Exhibit D19    Letter dated December 14, 2021        91
6                        on Clarkson Law Firm letterhead
                         re AriZona Fruit Juice Cocktail
7                        California litigation
8         Exhibit D20    Letter dated June 13, 2022 on         91
                         Clarkson Law Firm letterhead
9                        re Thomas Iglesias versus
                         Hornell Brewing Co., Inc.
10
          Exhibit D21    Letter dated December 12, 2022        92
11                       on Clarkson Law Firm letterhead
                         re Thomas Iglesias versus AriZona
12                       Beverages USA, LLC
13        Exhibit D22    Class Action Complaint               112
14        Exhibit D23    First Amended Complaint              131
15        Exhibit D24    Order Granting, In Part, and         141
                         Denying, In Part, Motion to Dismiss
16
          Exhibit D25    Order Denying Defendant's Motion      142
17                       to Dismiss First Amended Complaint
                         or to Stay or to Transfer Action
18                       Under First to File Rule
19        *Exhibit D26   AriZona Kiwi Strawberry Fruit        145
                         Juice Cocktail container
20                       (Retained by counsel/photo attached)
21        *Exhibit D27   AriZona Mucho Mango Fruit Juice      147
                         Cocktail container
22                       (Retained by counsel/photo attached)
23        *Exhibit D28   AriZona Mucho Mango Fruit Juice      148
                         Cocktail can
24                       (Retained by counsel/photo attached)
25

1                    E X H I B I T S (Continued)

2     DEFENDANTS'                                              PAGE

3     *Exhibit D29  AriZona Green Tea with ginseng and  149
                    honey container
4                   (Retained by counsel/photo attached)

5     *Exhibit D30  AriZona Fruit Punch Fruit Juice    150
                    Cocktail container
6                   (Retained by counsel/photo attached)

7     Exhibit D31   Photocopy of AriZona Grapeade      151
                    Fruit Juice Cocktail
8

      Exhibit D32   Photocopy of AriZona Lemonade      152
9                   Fruit Juice Cocktail

10    Exhibit D33   Jury Trial Demand in the Nicholas  153
                    Brunts versus Hornell Brewing Co.,
11                  Inc., et al.

12

13

14

15

16

17

18

19

20

21

22

23

24

25        *(Exhibits retained by counsel/photos attached)

1    QUESTIONS INSTRUCTED NOT TO ANSWER:

2    Page 36, Line 13

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 7

1          VIDEOTAPED DEPOSITION OF THOMAS IGLESIAS

2

3          BE IT REMEMBERED, that pursuant to Notice, and

4     on the 19th day of September, 2024, commencing at the

5     hour of 9:56 a.m. Pacific time, in the offices of Demler

6     Armstrong & Rowland, LLP, 101 Montgomery Street, Suite

7     1800, San Francisco, California, before me, DIANA L.

8     GONZALEZ, a Certified Shorthand Reporter, personally

9     appeared THOMAS IGLESIAS, produced as a witness in said

10    action, and being by me first duly sworn, was thereupon

11    examined as a witness in said cause.

12                          ---o0o---

13    APPEARANCES:

14    For the Plaintiff:

15                ALAN GUDINO
                  Clarkson Law Firm, P.C.
16                22525 Pacific Coast Highway
                  Malibu, California 90265
17                (213) 788-4050
                  agudino@clarksonlawfirm.com

18

19

      For the Defendant AriZona Beverages USA LLC:

20

                  ROBERT P. DONOVAN
21                Stevens & Lee
                  669 River Drive, Suite 201
22                Elmwood Park, New Jersey 07407
                  (201) 857-6778
23                robert.donovan@stevenslee.com

24

25

```
                                               Page 8
1        Also Present:

2                      KEIGO PAINTER, VIDEOGRAPHER

                       Veritext Legal Solutions

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 9

1                        ---OOO---

2          THE VIDEOGRAPHER:  Good morning.  We're

3     going on the record at 9:57 a.m. on September 19,

4     2024.

5          Please note that the microphones are

6     sensitive and may pick up whispering and private

7     conversations.  Please mute your phones at this

8     time.  Audio and video recording will continue to

9     take place unless all parties agree to go off the

10    record.

11         This is media unit one of the

12    video-recorded deposition of Thomas Iglesias taken

13    by the counsel for defendants in the matter of

14    Thomas Iglesias versus AriZona Beverages USA, LLC

15    filed in the United States District Court, Northern

16    District of California, Case Number

17    422-CV-09108-JSW.

18         The location of the deposition is 101

19    Montgomery Street, Suite 1800, San Francisco,

20    California 94104.

21         My name is Keigo Painter representing

22    Veritext; I'm the videographer.  The court reporter

23    is Diana Gonzalez from the firm Veritext.  I'm not

24    related to any party this action, nor am I

25    financially interested in the outcome.

Page 10

```
 1          If there are any objections to the
 2      proceeding, please state them at the time of your
 3      appearance.  Counsel and all present, including
 4      remotely, will now state their appearances and
 5      affiliations for the record, beginning with the
 6      noticing attorney.
 7              MR. DONOVAN:  Good morning.  Robert
 8      Donovan on behalf of the defendant.
 9              MR. GUDINO:  Good morning.  Alan Gudino
10      for plaintiff Thomas Iglesias.
11              THE VIDEOGRAPHER:  Will the court reporter
12      please swear in the witness, and then counsel may
13      proceed.
14                      THOMAS IGLESIAS,
15                   sworn as a witness,
16                   testified as follows:
17      EXAMINATION BY MR. DONOVAN:
18          Q.  Good morning, Mr. Iglesias.
19          A.  Good morning.
20          Q.  My name is Bob Donovan.  I'm an attorney
21      for the defendant in this case, and you're here for
22      your deposition.
23          A.  Yes, sir.
24          Q.  And I'd like to go through some
25      instructions before we start the questioning.
```

1    all-natural product.

2        Q.  And you believe that it wasn't all

3    natural?

4        A.  Well, I thought it was.

5        Q.  But why would you believe at that time

6    that you were deceived?

7        A.  I didn't know.  I bought a lot of product,

8    and then I remember just hearing something about

9    that it -- it's not all natural, you know.  And it

10   started from that, a little inquiry, and I reached

11   out to see if that was true or not to Clarkson.

12   And not knowing if it was or not, and -- but lo and

13   behold it's true.  It's not all natural.

14       Q.  When you said you reached out to them,

15   before September 9, 2021 you reached out to them

16   about that?

17       A.  I believe so, sir.

18       Q.  And who did you speak to?

19       A.  I don't recall, sir.

20       Q.  Who did you communicate with at the

21   Clarkson firm?

22       A.  Mr. Clarkson, I believe.

23       Q.  Did you communicate by phone or by e-mail?

24       A.  I don't recall, sir.

25       Q.  Now, on page 1 it says, "AriZona Fruit

1      Q.  Okay.  What page?

2      A.  Page -- this one right there (indicating).

3      Q.  Oh, okay.  When you say the iced tea, you

4  mean the green tea that's depicted on page 12 of

5  D21?

6      A.  Yes, sir.

7      Q.  So then we have the green.  And that's

8  with ginseng and honey, right?

9      A.  Yes, sir.

10      Q.  So we have the AriZona Mucho Mango; the

11  Kiwi Strawberry; the Grapeade; the Green Tea with

12  ginseng and honey; and the Lemonade.

13      A.  Yes, sir.

14      Q.  Any other flavors that you purchased?

15      A.  I just don't remember any other flavors,

16  sir.

17      Q.  And the Mucho Mango, where did you

18  purchase it?

19      A.  It would be at Safeway or at Food Co.

20      Q.  When did you purchase it, the Mucho Mango?

21      A.  Years prior to that.  I bought it over a

22  few years.

23      Q.  What years?

24      A.  I'm going to say from, what, `16 to -- to

25  the lawsuit.

1      Q.   The lawsuit was filed in December of 2022.

2   You mean you purchased the Mucho Mango on a regular

3   basis from 2016 to December 2022?

4      A.   Something like that, yes, sir.

5      Q.   And how many Mucho Mangos did you buy?

6      A.   I don't recall, sir.

7      Q.   Can you approximate?

8      A.   I'd be guessing, sir.

9      Q.   So you don't know?

10     A.   No, sir.

11     Q.   What was the container size of the Mucho

12  Mango?

13     A.   The big one.  The gallon one.

14     Q.   Did you ever buy it in a smaller size?

15     A.   Of the Mucho Mango?

16     Q.   Yes.

17     A.   I might have bought a can size.

18     Q.   Do you know whether you bought it in can

19  size or not?

20     A.   I can't remember, sir.

21     Q.   And in the gallon size, what was the

22  price?

23     A.   I believe it was 4 or $5.

24     Q.   Do you know?

25     A.   The exact price?

1          Q.  Yeah.

2          A.  No, sir.

3          Q.  So you're approximating somewhere between

4     4 and $5?

5          A.  Yes, sir.

6          Q.  Could have been a little less than $4?

7     Could have been a little bit more than $5?  You

8     don't know?

9          A.  I'm thinking it's right in there

10    somewhere.  It might be more now, but --

11         Q.  And was the 4 or $5 price pretty much the

12    same during that period that you purchased it

13    between 2016 and the commencement of this lawsuit?

14         A.  Yes, sir.

15         Q.  And the Kiwi Strawberry, where did you

16    purchase that?

17         A.  It would be same: Safeway or Food Co.

18         Q.  Oh, I have to ask you.  With the Safeway,

19    did it have an address?

20         A.  Yes.  It's on Mission Street.  I don't

21    know the actual number of the address.

22         Q.  Mission Street where?

23         A.  San Francisco.

24         Q.  And the Food Co.?

25         A.  Food Co. is on Third Street.

1          Q.  And that's --

2          A.  San Francisco.

3          Q.  And that's relevant to your purchases of

4     Mucho Mango.

5               Now, back to Kiwi Strawberry, you

6     purchased it where?

7          A.  It would be the same spots: Safeway and

8     Food Co.

9          Q.  At the same locations?

10         A.  Yes.

11         Q.  When did you purchase the Kiwi Strawberry?

12         A.  More or less the same time frame, between

13    `17 and the lawsuit.

14         Q.  Between `17 and December of 2022?

15         A.  Yes, sir.

16         Q.  Let me go back to Mucho Mango.  Are you

17    certain that you purchased it in 2016?

18         A.  Yes, sir.

19         Q.  Are you certain you purchased it in 2017?

20         A.  Yes, sir.

21         Q.  Are you certain you purchased it in 2018?

22         A.  Yes, sir.

23         Q.  Are you certain you purchased it in 2019?

24         A.  Yes, sir.

25         Q.  Are you certain you purchased it in 2020?

1      A.   I don't remember, sir.

2      Q.   Can you approximate?

3      A.   I'm guessing, sir.

4      Q.   How much money did you spend in total on

5      the Kiwi Strawberry?

6      A.   I have no idea, sir.

7      Q.   What container sizes of the Kiwi

8      Strawberry did you buy?

9      A.   The gallon.

10      Q.   Any other sizes?

11      A.   No, sir.

12      Q.   What was the price of the Kiwi Strawberry?

13      A.   I believe it was between 4 and 5.

14      Q.   Did the price stay the same between the

15      periods that you purchased it?

16      A.   Yes, sir.

17      Q.   From 2016 to 2022?

18      A.   I believe so, sir.

19      Q.   Grapeade.

20      A.   Yes.

21      Q.   Where did you purchase that?

22      A.   Safeway and Food Co.

23      Q.   Same locations?

24      A.   Yes, sir.

25      Q.   What -- when?

Page 100

1      A.   Same time frame.

2      Q.   You purchased it in 2016?

3      A.   `17, `18, `19, `20, `21.

4      Q.   And 2022?

5      A.   I don't know about `22.

6      Q.   Do you know where you purchased it last in

7    2021, the Grapeade?

8      A.   No, I don't, sir.

9      Q.   And how many of the Grapeade products did

10   you purchase?

11     A.   I don't recall, sir.

12     Q.   And how much money in total did you

13   expend?

14     A.   I do not recall, sir.

15     Q.   What container size of the Grapeade did

16   you purchase?

17     A.   It would be the gallon size, sir.

18     Q.   Any other container size?

19     A.   No, sir.

20     Q.   And what was the price?

21     A.   I believe between 4 and 5.

22     Q.   And was that price the same during the

23   period you're certain you purchased it between 2016

24   and 2021?

25     A.   Yes, sir.

1          Q.   You have to speak up, okay.

2               Now, the Green Tea with ginseng and honey,

3     where did you purchase that?

4          A.   Safeway and Food Co.

5          Q.   Same locations?

6          A.   Yes, sir.

7          Q.   Same locations as the prior purchases that

8     you've testified to?

9          A.   Yes, sir.

10         Q.   And what time period?  When did you make

11    these purchases?

12         A.   Between `17 and `21, sir.

13         Q.   So you didn't purchase the Green Tea in

14    2016?

15         A.   I don't know the actual dates of that,

16    because that wasn't a purchase that I would buy a

17    lot.  So I don't know if I bought it every year.  I

18    can't say that to this product.

19         Q.   Where did you purchase the Green Tea with

20    ginseng and honey in 2017?

21         A.   I don't know.  I said -- I didn't buy too

22    much of those particular ones, so I can't tell you

23    what years I bought those, but I know I bought

24    those.

25         Q.   So you can't tell me when you purchased

1          A.  I can't recall that, sir.

2          Q.  Sorry?

3          A.  I can't recall that, sir.

4          Q.  Do you know how much money you expended

5     for the ginseng and honey?

6          A.  No.

7          Q.  Now Lemonade, where did you purchase that?

8          A.  Again, Safeway and Food Co., sir.

9          Q.  Same location as the other purchases?

10         A.  Yes.  Yes.

11         Q.  No other location?

12         A.  That's my neighborhood grocery shops.

13    That's where I go shopping.

14         Q.  So there's no other location you know of

15    with regard to --

16         A.  I don't go -- that's where I go do my

17    shopping.

18         Q.  When did you purchase the Lemonade?

19         A.  Between `17 and `21.

20         Q.  Can you give me the months?

21         A.  No, sir.

22         Q.  How many lemonades did you purchase?

23         A.  I don't know.  Don't recall, sir.

24         Q.  How much money did you expend for the

25    lemonade?

Page 105

1        A.  No, sir.

2        Q.  Where did you buy the Fruit Punch?

3        A.  Safeway and Food Co.

4        Q.  Same locations?

5        A.  Yes, sir.

6        Q.  When?

7        A.  Between `17 and `21.

8        Q.  Do you know how many you purchased?

9        A.  No, sir.

10       Q.  Can you give me a month --

11       A.  No, sir.

12       Q.  Sorry.  Let me finish.

13           -- a month during the year, any year, that

14   you purchased the Fruit Punch?

15       A.  No, sir.

16       Q.  How many of the Fruit Punches did you

17   purchase?

18       A.  I don't know, sir.

19       Q.  How much money did you expend for the

20   Fruit Punch?

21       A.  I don't know, sir.

22       Q.  What was the container size?

23       A.  A gallon.

24       Q.  Any other container size?

25       A.  No, sir.

1          Q.  And what was the price?

2          A.  I think between 4 and $5.

3          Q.  Now, what -- do you know the month and

4     year you purchased the Mucho Mango -- the months

5     during the years that you purchased the Mucho

6     Mango?

7          A.  No, sir.

8          Q.  Do you know the months during the years

9     you purchased the Kiwi Strawberry?

10         A.  No, sir.

11         Q.  Do you know the months during the years

12    you purchased the Grapeade?

13         A.  No, sir.

14         Q.  Why did you purchase the Mucho Mango?

15         A.  Because I love mango.

16         Q.  Any other reason?

17         A.  I thought it was okay.  Seemed like it was

18    a hundred percent natural.  That's what it said.

19         Q.  Any other reason?

20         A.  No, sir.

21         Q.  What did you love about the mango?

22         A.  Just personally like mango.

23         Q.  Like the taste?

24         A.  Flavor -- mango flavor, yes.

25         Q.  You like the taste.

Page 107

1          What about the price of the product; did
2     you think the price of the product of the Mucho
3     Mango was reasonable?
4          A.   Yes, sir.
5          Q.   Would it be okay to say it was fairly
6     priced?
7          A.   Yes, sir.
8          Q.   Were you aware of any Mucho Mango product
9     sold by anybody else that sold at a less price per
10    gallon than the AriZona one?
11         A.   No, sir.
12         Q.   Did you consume the Mucho Mango yourself
13    entirely every time you purchased it?
14         A.   No, sir.
15         Q.   Who?
16         A.   My family.
17         Q.   Who in your family?
18         A.   Everyone.
19         Q.   Your wife and your three children?
20         A.   (Witness nods head.)
21         Q.   You have to verbally answer.
22         A.   My wife and three children.
23         Q.   Why did you purchase the Kiwi Strawberry?
24         A.   I like strawberry and kiwi.
25         Q.   What do you like about strawberry and

Page 108

```
 1    kiwi?
 2         A.  It tastes good.
 3         Q.  What about the taste -- what is it about
 4    the taste that you like?
 5         A.  It's very strawberry-ish.
 6         Q.  Is that a tartness or sweetness or both?
 7         A.  Sweetness -- yes.
 8         Q.  Any other reason for the kiwi?
 9         A.  Also it says a hundred percent natural.
10    I'm thinking it's a natural product.
11         Q.  Any other reason?
12         A.  No, sir.
13         Q.  What about the price of the kiwi; did you
14    think it was a fair price too?
15         A.  Yes, sir.
16         Q.  Provided a good value?
17         A.  I don't know about that, sir.
18         Q.  Let's put it this way.  Sold at a price
19    per ounce that -- had a value -- strike that.
20              At a price per ounce, are you aware of any
21    other product kiwi --
22         A.  No, sir.
23         Q.  Let me finish so the record is clear.
24              -- are you aware of any other kiwi
25    strawberry products that's sold by anybody else
```

Page 109

```
1      that's sold at a lower price per ounce than the
2      AriZona product you bought?
3           A.  No, sir.
4           Q.  What about the Grapeade product; why did
5      you buy that?
6           A.  I like grape.
7           Q.  You like the taste of grape?
8           A.  Yes, sir.  Grape juice.
9           Q.  What is it about the taste that you like?
10          A.  Very grapy.  I don't know how else to
11     explain it.
12          Q.  Any other reason?
13          A.  Again, I'm thinking I'm buying a hundred
14     percent natural product.
15          Q.  Again, the price, did the price play a
16     role in your purchase?
17          A.  Did it play a role in the purchase?  Not
18     really, no.
19          Q.  So it's the grape taste and the hundred
20     percent natural product label for the reasons for
21     the Grapeade?
22          A.  Yes, sir.
23          Q.  Did you consider the price to be a fair
24     and reasonable price for the Grapeade?
25          A.  Yes, sir.
```

1        Q.  Are you aware of any Grapeade -- rather,

2    any grape products sold in that container size sold

3    at a -- at or even near that price per ounce?

4        A.  No, I don't, sir.

5        Q.  The Green Tea with ginseng and honey, why

6    did you buy that?

7        A.  I'm guessing it seemed like a healthy

8    drink.

9        Q.  Do you like the taste of ginseng?

10        A.  Yes.

11        Q.  What about it do you like?

12        A.  The tart taste, I guess.

13        Q.  You like the taste of honey?

14        A.  Yes, sir.

15        Q.  What do you like about it?

16        A.  Sweetness.

17        Q.  Why did you buy the Green Tea with ginseng

18    and honey?

19        A.  Because I wanted to.

20        Q.  Any other reason?

21        A.  Yeah.  I thought I was buying a healthy

22    product, a hundred percent natural.

23        Q.  Any other reason?

24        A.  The taste.

25        Q.  Now, correct me if I'm wrong, you didn't

Page 111

```
 1        know what the price of the can was.  Did you know
 2        what the gallon of the Green Tea was?
 3             A.  More or less the same, between 4 and 5.
 4             Q.  And did you find that price to be fair?
 5             A.  Yes, sir.  Yes, sir.
 6             Q.  Any other reasons, other than what you
 7        mentioned, for buying the Green Tea with ginseng
 8        and honey?
 9             A.  No, sir.
10             Q.  And the Lemonade; why did you buy the
11        Lemonade?
12             A.  We like lemonade.
13             Q.  What did you like about the Lemonade?
14             A.  The lemony taste.  It said it was all
15        natural.
16             Q.  Lemony taste and what?  Sorry?
17             A.  It said it was a hundred percent natural.
18             Q.  Any other reason?
19             A.  No, sir.
20             Q.  And again, the price, you say, somewhere
21        between 4 and $5?
22             A.  Yes, sir.
23             Q.  You think that was a fair price?
24             A.  Yes, sir.
25             Q.  Do you know of any lemonade product sold
```

1    in gallons sold at a lower price per ounce?

2        A.  No, sir.

3        Q.  And then I think we have the Fruit Punch.

4    Why did you buy the Fruit Punch?

5        A.  We love fruit punch.

6        Q.  What do you love about the AriZona Fruit

7    Punch?

8        A.  Fruity taste, and it was a hundred percent

9    natural.

10       Q.  Any other reason?

11       A.  No, sir.

12       Q.  And the price, was that a fair price in

13   your view?

14       A.  Yes, sir.

15       Q.  Do you know of any other fruit punch

16   products sold in gallons sold at a lower price per

17   ounce?

18       A.  No, sir.

19           MR. DONOVAN:  Mark this, please.

20           (Document marked Defendant's Exhibit D22

21           for identification.)

22   BY MR. DONOVAN:

23       Q.  I'll show you D22.  Do you know what this

24   is, sir?

25           D22, do you know what that is, sir?

Page 113

1          A.   Class action complaint for AriZona.

2          Q.   This is the lawsuit in this case, correct?

3          A.   Yes, sir.

4          Q.   It was filed on December 23, 2022?

5          A.   Yes, sir.

6          Q.   So when you said you bought the AriZona

7    Mucho Mango up to the date of the lawsuit, you're

8    referring up until December 23, 2022?

9          A.   Close to it, sir.

10         Q.   How close to it?

11         A.   I'm going to say a few months.

12         Q.   Say through October 2022?

13         A.   We'll say -- to be safe, I'm going to say

14   July 2022.

15         Q.   That's when you stopped purchasing the

16   Mucho Mango?

17         A.   No.  When I stopped, I was -- after it was

18   filed, I stopped buying the product.

19         Q.   So after December 23, 2022 you stopped

20   buying --

21         A.   I made sure I was not buying it.

22         Q.   But you purchased it up until December 23,

23   2022?

24         A.   I don't think I purchased it in December

25   or Novem- -- you know what I'm saying?  Like close

1    to it.

2        Q.  I'm asking you to approximate.  So by

3    October --

4        A.  July.  I'm going to say July.

5        Q.  So by July 2022 you stopped buying the

6    AriZona Mucho Mango?

7        A.  Yes, sir.

8        Q.  Fair to say by July 2022 you stopped

9    purchasing the Kiwi Strawberry?

10       A.  I believe so.

11       Q.  And then by July 2022, you stopped

12   purchasing the Grapeade?

13       A.  I believe so.

14       Q.  So your last purchase of the Mucho Mango

15   was around July 2022?

16       A.  I don't recall, sir.

17       Q.  Your last purchase of the Mucho Mango was

18   in June of 2022?

19       A.  I don't remember my last purchases of any

20   of those.

21       Q.  Then how do you know you stopped

22   purchasing in July of 2022?

23       A.  I know I stopped purchasing when this was

24   filed; that's what I told you.

25       Q.  Do you know when the last purchase of any

1      AriZona product was?

2            A.   No, I don't, sir.

3            Q.   So it's possible it was after July of

4      2022; it's possible it was before?  You don't know?

5            A.   I know after this was filed I did not

6      purchase.

7            Q.   So your testimony is what it is.  You said

8      you purchased the product in 2022, so --

9            A.   Cool.

10           Q.   Right?  You did purchase the Mucho Mango

11     in 2022, correct?

12           A.   I just don't know what month.

13           Q.   Fair enough.

14                And you did purchase the Kiwi Strawberry

15     in 2020; you just don't know --

16           A.   Yes, sir.

17           Q.   -- what month?

18           A.   Yes, sir.

19           Q.   And you did purchase the Grapeade in 2022;

20     you just don't know what month?  Right?

21           A.   Yes, sir.

22           Q.   Now, with respect to this lawsuit

23     reflected in D22, do you know whether this

24     complaint was ever amended?

25           A.   I don't recall, sir.

1          Q.  Did the products quench your thirst?

2          A.  I believe so, sir.

3          Q.  Did you enjoy the taste of the products?

4          A.  Yes, sir.

5          Q.  Now, you said you're certain that you

6     stopped purchasing the products after

7     December 12th -- sorry, December 23, 2022.

8              Have you purchased the products -- any

9     other products since December 23, 2022?

10         A.  No, sir.

11         Q.  Why not?

12         A.  Just haven't, sir.

13         Q.  Is there a reason?

14         A.  Just the false claim needs to be fixed for

15    me, sir.

16         Q.  Say again.

17         A.  The false claim needs to be fixed.  Then

18    if I decide to drink something that's not so good,

19    it's up to me instead of being tricked into

20    drinking it.

21             MR. DONOVAN:  Can you read back that

22    question and answer, please.

23             (Record read.)

24    BY MR. DONOVAN:

25         Q.  When you say "the false claim needs to be

1      fixed," what do you mean?

2          A.  A hundred percent natural.

3          Q.  And in your view if that was -- what

4      you're asserting is a false claim, if that was,

5      quote, fixed, you would purchase the products

6      again?

7          A.  I would -- if I wanted to, yes, I would.

8      If I decided -- if I felt like it, I would buy it

9      again.

10         Q.  But right now you don't feel like it; is

11     that correct?

12         A.  Right now I just feel like I'm being lied

13     to, and so I'm not messing with their product.

14         Q.  Do you have any present intention to

15     purchase the products again?

16         A.  No, sir.

17         Q.  Can you identify any other product that

18     you would have purchased instead of the AriZona

19     product?

20         A.  You mean as far as juice?

21         Q.  Yes.

22         A.  Well, I've bought different juices before.

23     Yes, I have.

24         Q.  What juices?

25         A.  Let's see here.  The cranberry grape

1    give -- it just says what the price -- how much I

2    paid.  It doesn't give me what I bought.

3        Q.  And how far back did you look at your

4    Chase card?

5        A.  Probably a few years.

6        Q.  Going back to when?

7        A.  Probably like `19, `18.  `19 or `18.

8        Q.  Do you know which?

9        A.  No, I don't recall.

10       Q.  What about your credit card; did you look

11   at your credit card statements to determine whether

12   they had any record of AriZona purchases?

13       A.  All nothing new -- what I've got now, no,

14   no purchases.

15       Q.  So you did look?

16       A.  Of course.

17       Q.  How far back did you look?

18       A.  I tried to find purchases all the way back

19   to -- to `18.  2018.

20       Q.  Did you find any?

21       A.  No, sir.

22       Q.  Did you see the "All Natural" statement on

23   any of the products?

24       A.  See the what?

25       Q.  The "All Natural" statement on any of the

1    labels of the products.

2         A.   Yes, sir.

3         Q.   Which ones?

4         A.   All of them.

5         Q.   All of the ones that you purchased that

6    you testified to?

7         A.   I believe the Mucho Mango, Kiwi

8    Strawberry, Grapeade -- yeah.  I know those --

9    those for sure.

10        Q.   Any other products?

11        A.   I said Mucho Mango, Kiwi Strawberry,

12   Grapeade, the Lemonade and the iced tea.  Yeah,

13   they all said "All Natural."

14        Q.   Other than the iced tea, which is the

15   Green Tea --

16        A.   Yes.

17        Q.   -- the Lemonade, Grapeade, Kiwi

18   Strawberry, Mucho Mango, did you see the "All

19   Natural" statement on any of the other products

20   that you purchased?  AriZona products.

21        A.   Those are the products that for sure I

22   know had that on there.

23        Q.   So you can't testify as to any others; is

24   that fair to say?

25        A.   Yes, sir.

```
 1          (Document marked Defendant's Exhibit D23
 2          for identification.)
 3     BY MR. DONOVAN:
 4          Q.  What does the term "all natural" mean to
 5     you?
 6          A.  That it's all-natural products.  No
 7     chemicals; no additives; no preservatives.
 8          Q.  No chemicals; no additives; no
 9     preservatives.  What else?
10          A.  It shouldn't have any unnatural products
11     in it.
12          Q.  Anything else, however you define "all
13     natural"?
14          A.  Yeah, that's it.
15          Q.  Sorry?
16          A.  That's it.
17          Q.  Would you agree that people have different
18     definitions of what "all natural" means?
19          A.  No.
20          Q.  You think that there's only one
21     definition, and that's the definition that you just
22     described?
23          A.  "All natural" means all natural.
24          Q.  I'm going to show you D23.  That's your
25     complaint filed in this case.  All right?
```

```
 1     BY MR. DONOVAN:
 2          Q.   Are you seeking a monetary recovery in
 3     this case?
 4          A.   No, sir.
 5          Q.   Sorry?
 6          A.   No, sir.
 7          Q.   What are you seeking?
 8          A.   Change that.   Just be fair.   Just --
 9          Q.   Change what?
10          A.   Change that "natural" thing on the -- the
11     "hundred percent natural" on the product.   Just
12     change it.   Stop lying to consumers; that's it.
13          Q.   Change it to what?
14          A.   Get it out of there.
15          Q.   Remove the "all natural" label?
16          A.   Yes.   Simple.
17          Q.   And that's the sum and substance of what
18     you're seeking in this lawsuit?
19          A.   Yes, sir.
20               MR. DONOVAN:  Let's take a five-minute
21     bathroom break.   Is that okay?
22               THE WITNESS:  Sure.
23               THE VIDEOGRAPHER:  We're going off the
24     record.   The time is 2:04.
25               (Break taken.)
```

1           THE VIDEOGRAPHER:  We're back on the

2      record.  The time is 2:10.

3      BY MR. DONOVAN:

4           Q.  We had talked about the "All Natural"

5      statement that you saw on the Mucho Mango, Kiwi

6      Strawberry and the Grapeade.

7               Can you tell me where that statement was

8      on the label?

9           A.  I believe it's in the front.

10          Q.  What did it say?

11          A.  "A hundred percent natural."

12          Q.  Did it say anything else?

13          A.  No.

14          Q.  And when do you recall first seeing that

15     statement, "A hundred natural"?

16          A.  When making a purchase.

17          Q.  Sorry?

18          A.  When making a purchase.

19          Q.  When making your first purchase or

20     subsequent to that?

21          A.  No, my first purchase.

22          Q.  Is that true for all the products that

23     you've testified to buying?

24          A.  Well, they're the same -- the products

25     come from the same thing.  So when I see the

1    "hundred percent" on each one, I think it's the

2    same, a hundred percent natural, yes.

3            MR. DONOVAN:  Can we go off the record

4    real quick.

5            THE VIDEOGRAPHER:  Going off the record.

6    The time is 2:11.

7            (Off the record.)

8            THE VIDEOGRAPHER:  Back on the record.

9    The time is 2:12.

10   BY MR. DONOVAN:

11       Q.  Are you aware of a -- a lawsuit that was

12   filed against you by Hornell Brewing?

13       A.  Isn't this AriZona, the AriZona case?

14       Q.  Are you aware of a lawsuit that you filed

15   against Hornell Brewing that was dismissed?

16       A.  I don't recall.  Isn't this Hornell

17   (indicating)?

18           AriZona?

19       Q.  That's a complaint against AriZona

20   Beverages USA.  Do you see that, sir?

21       A.  Gotcha.  No, no, I don't recall.

22       Q.  Are you aware of a lawsuit that you filed

23   against Hornell Brewing that was dismissed?

24       A.  Yeah, I don't remember that.

25       Q.  Do you know why it was dismissed?

1        A.  I don't know how they colored them.

2        Q.  My question is do you believe the coloring

3     of any of the products was deceptive to you?

4        A.  I don't know.

5        Q.  Do you believe that the flavoring of the

6     products in any way were deceptive to you?

7        A.  I don't know.

8           MR. DONOVAN:  Let's go off the record one

9     more time, and I'll look at my notes.  I'll do it

10    outside, if that's okay.

11          THE VIDEOGRAPHER:  We're going off the

12    record.  The time is 2:25.

13          (Off the record.)

14          THE VIDEOGRAPHER:  We're back on the

15    record.  The time is 2:29.

16    BY MR. DONOVAN:

17       Q.  Were you willing to pay more for

18    defendant's product labeled "All Natural" as

19    opposed to products that weren't labeled that way?

20       A.  Yes, sir.

21       Q.  How much more?

22       A.  If I wanted it, it doesn't matter.

23       Q.  Wouldn't matter what the cost is?

24       A.  No.

25       Q.  Were you willing to pay more for a product

Page 157

1            MR. GUDINO:  Yes, please.

2            THE VIDEOGRAPHER:  We're off the record at

3    2:58 p.m., and this concludes today's testimony

4    given by Thomas Iglesias.  The total number of

5    media units used was nine and will be retained by

6    Veritext.

7            (Back on the written record only.)

8            MR. GUDINO:  And the parties will

9    stipulate to 30 days for review --

10            MR. DONOVAN:  Under the rules.

11            MR. GUDINO:  Yeah, under the rules.

12            MR. DONOVAN:  Whatever the rule is, you're

13    reserving the right under the rules to review and

14    sign?

15            MR. GUDINO:  Yes.

16            MR. DONOVAN:  Correct?

17            MR. GUDINO:  That's right.

18            THE COURT REPORTER:  Off the record.

19             (Whereupon, the deposition was concluded

20              at 2:58 p.m. Pacific time.)

21

22

23

24

25

Page 158

1                    REPORTER'S CERTIFICATE

2

3

4              I, DIANA L. GONZALEZ, a Shorthand Reporter,

5         State of California, do hereby certify:

6              That THOMAS IGLESIAS, in the foregoing

7         deposition named, was present and by me sworn as a

8         witness in the above-entitled action at the time

9         and place therein specified;

10             That said deposition was taken before me at

11        said time and place, and was taken down in

12        shorthand by me, a Certified Shorthand Reporter of

13        the State of California, and was thereafter

14        transcribed into typewriting, and that the

15        foregoing transcript constitutes a full, true and

16        correct report of said deposition and of the

17        proceedings that took place;

18             That before completion of the proceedings,

19        review of the transcript was requested.

20             IN WITNESS WHEREOF, I have hereunder

21        subscribed my hand this 1st day of October 2024.

22

23

24

              DIANA L. GONZALEZ, CSR NO. 7935

25            State of California

```
                                            Page 159
  1   ALAN GUDINO

  2   agudino@clarksonlawfirm.com

  3                      October 1, 2024

  4   RE:    Iglesias, Thomas v. Arizona Beverages Usa Llc,

  5         9/19/2024, Thomas Iglesias (#6888869)

  6        The above-referenced transcript is available for

  7   review.

  8        Within the applicable timeframe, the witness should

  9   read the testimony to verify its accuracy. If there are

 10   any changes, the witness should note those with the

 11   reason, on the attached Errata Sheet.

 12        The witness should sign the Acknowledgment of

 13   Deponent and Errata and return to the deposing attorney.

 14   Copies should be sent to all counsel, and to Veritext at

 15   cs-ny@veritext.com

 16    Return completed errata within 30 days from

 17   receipt of testimony.

 18     If the witness fails to do so within the time

 19   allotted, the transcript may be used as if signed.

 20

 21

 22                  Yours,

 23                  Veritext Legal Solutions

 24

 25
```