**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Alan Gudino (SBN 326738)
*agudino@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, California 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>Defendant. | Case No. 4:22-cv-09108-JSW<br>FAC Filed: March 10, 2023<br><br>Judge: Hon. Jeffrey S. White<br><br>**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANT'S ADMINISTRATIVE MOTION TO MODIFY SCHEDULING ORDER TO ENLARGE TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION BASED ON MOOTNESS** |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Please take notice that Plaintiff Thomas Iglesias files this notice of non-opposition to Defendant's administrative motion because it, as well as Plaintiff's underlying motion for class certification (Dkt. 102), have been mooted a a result of the Court's grant of Defendant's Motion for Summary Judgment of Plaintiff Thomas Iglesias's claims on August 14, 2025 (Dkt. 120).

DATED: August 18, 2025                           **CLARKSON LAW FIRM, P.C.**

                                                 By: */s/ Ryan J. Clarkson*
                                                     Ryan J. Clarkson
                                                     Bahar Sodaify
                                                     Alan Gudino

                                                     *Attorneys for Plaintiff*