STEVENS & LEE
Robert P. Donovan (*pro hac vice*)
robert.donovan@stevenslee.com
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone: (201) 857-6778
Facsimile: (610) 371-7938

WILLENKEN LLP
Jason H. Wilson (Bar No. 140269)
jwilson@willenken.com
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Defendant,
ARIZONA BEVERAGES USA LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>Defendant. | CASE NO. 4:22-cv-09108-JSW<br><br>DEFENDANT'S FILING OF UNREDACTED DOCUMENTS PURSUANT TO COURT ORDER<br><br>JUDGE: HON. JEFFREY S. WHITE, U.S.D.J.<br>CTRM: 5 |

Pursuant to the Court's Order, entered August 14, 2025, directing Defendant to file unredacted versions of documents (ECF No. 121), attached hereto are the following:

1. **Exhibit 1**: Defendant's Unredacted Notice of Motion and Motion; Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment (previously filed under seal at ECF No. 109);

- 1 -
DEFENDANT'S FILING OF UNREDACTED DOCUMENTS
PURSUANT TO COURT ORDER

08/20/2025 SL1 3736954v1 115260.00012

2. **Exhibit 2**: Plaintiff's Letter dated June 13, 2022, to the Declaration of Robert P. Donovan in Support of Defendant's Motion for Summary Judgment (previously filed under seal at ECF No. 109-5 as Exhibit D);

3. **Exhibit 3**: Plaintiff's Letter dated December 12, 2022, to the Declaration of Robert P. Donovan in Support of Defendant's Motion for Summary Judgment (previously filed under seal at ECF No. 109-6 as Exhibit E).

Respectfully submitted,

Dated: August 20, 2025

/s/ Robert P. Donovan
ROBERT P. DONOVAN

STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone: (201) 857-6778
Facsimile: (201) 857-6761
robert.donovan@stevenslee.com
*Attorneys for Defendant*

- 2 -
DEFENDANT'S FILING OF UNREDACTED DOCUMENTS
PURSUANT TO COURT ORDER

08/20/2025 SL1 3736954v1 115260.00012