UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>Defendant. | Case No.  22-cv-09108-JSW<br><br>**ORDER DENYING PENDING MOTIONS AS MOOT**<br><br>Re: Dkt. Nos. 102, 119 |

The Court granted summary judgment in favor of Defendant Arizona Beverages USA, LLC ("ABUSA").  (Dkt. No. 120.)  Accordingly, the Court DENIES AS MOOT Plaintiff Thomas Iglesias's motion for class certification, (Dkt. No. 102), and Defendant ABUSA's motion for an extension of time to respond to the motion for class certification, (Dkt. No. 119).

**IT IS SO ORDERED.**

Dated: August 20, 2025

JEFFREY S. WHITE
United States District Judge