UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS,<br><br>    Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>    Defendant. | Case No. 22-cv-09108-JSW<br><br>**JUDGMENT** |

The Court granted summary judgment in favor of Defendant Arizona Beverages USA, LLC ("ABUSA"). (Dkt. No. 120.) Accordingly, all pending deadlines are vacated. The Court enters judgment against Plaintiff Thomas Iglesias and in favor of ABUSA.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 20, 2025

_____
JEFFREY S. WHITE
United States District Judge