# BILL OF COSTS

*Please follow the instructions on page 3 when completing this form.*

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 10/2021) | | | COURT USE ONLY OBJECTION DEADLINE: OBJECTION FILED: YES ☐  NO ☐ |
|---|---|---|---|
| 1. CASE NAME Thomas Iglesias v. Arizona Beverages USA LLC | 2. CASE NUMBER 4:22-cv-09108-JSW | 3. DATE JUDGMENT ENTERED August 20, 2025 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Plaintiff, Thomas Iglesias |
| 5. NAME OF CLAIMING PARTY Defendant, Arizona Beverages USA LLC | | 6. NAME OF ATTORNEY FOR CLAIMING PARTY Robert P. Donovan, Esq. | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:

(SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 28 U.S.C. 1923 | | | | | |
| Service of Process, Civil LR 54-3(a)(2) | | | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $8,289.24 | See Exhibit A (invoices from Veritext); and Exhibits B-E (invoices from Steno). | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | $105.00 | See Exhibit F (receipt from National Archives and proof of request for and receipt of certified copies of Court pleadings). | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |

| | |
|---|---|
| Visual aids, Civil LR 54(d)(5) | |
| **e. WITNESS FEES AND EXPENSES** | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | |
| Fees for special masters & receivers, Civil LR 54-3(f) | |
| Court-appointed experts, 28 USC § 1920(6) | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | |
| **g. MISCELLANEOUS COSTS** | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | |
| Costs of bonds and security, Civil LR 54-3(h) | |
| | $ |
| **TOTAL AMOUNT** | **$8,394.54** |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924:** I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
Name of Attorney/Claiming Party: Robert P. Donovan, attorney for Defendant

SIGNATURE: [signed]   DATE: 8-26-25

11. Costs are taxed in the amount of _____ and included in the judgment.

Mark B. Busby
Clerk of Court

BY: _____ Deputy Clerk   DATE: _____

*WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821)

| WITNESS NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
|---|---|---|---|---|---|---|---|
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

08/25/2025 SL1 3735905v1 115260.00020

| TOTAL WITNESS FEES/EXPENSES | $ 0.00 |
|---|---|

08/25/2025 SL1 3735905v1 115260.00020

**THOMAS IGLESIAS vs. ARIZONA BEVERAGES USA LLC**
Case No. 4:22-cv-09108-JSW

**ITEMIZATION OF COSTS**

I. <u>Deposition Transcript/Video – Civil L.R. 54-3(c)(1)</u>

| | | |
|---|---|---|
| <u>Exhibit A</u> | Veritext Invoice Nos. 7809007 and 7756949 for deposition transcript and video of Plaintiff | $3,828.24 |
| <u>Exhibit B</u> | Steno Invoice No. 1397977 for deposition transcript of Defendant's Rule 30(b)(6) witness | $1,046.25 |
| <u>Exhibit C</u> | Steno Invoice No. 1455821 for deposition transcript of Defendant's Rule 30(b)(6) witness | $ 585.30 |
| <u>Exhibit D</u> | Steno Invoice No. 1599898 for deposition transcript of Defendant's Rule 30(b)(6) witness | $2,266.00 |
| <u>Exhibit E</u> | Steno Invoice No. 1724012 for deposition transcript of non-party Rule 30(b)(6) witness | $ 563.75 |

II. <u>Government Records – Civil L.R. 54-3(d)(1)</u>

| | | |
|---|---|---|
| <u>Exhibit F</u> | National Archives receipt for certified copies of Bankruptcy case files regarding Plaintiff | $ 105.00 |

Total: $ 8,394.54