# EXHIBIT F

```
                National Archives T
                   1000 Commodore
                   San Bruno, CA
                    (650) 238-34

Bankruptcy Cases - Entire Case File - C
FORM90AC        1@        105.
                                                    $105.00
       1.00 ITEMS SUBTOTAL
                                                    $105.00
              TOTAL
                                                    $105.00
              Che
              220  3                                $105.00
              Change Due
                                                      $0.00

              AFO-SB-INV0033

LOC:    SANFRC          WK
OPER:   apese           SLS
DATE:   10/30/2024      TI            PM
CUSTOMER ACCOUNT:    AFO
```

*Ready Access to*
*Essential Evidence*



# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
# BANKRUPTCY CASES – ORDER FORM

NATF FORM 90 (10-15)

Save time by ordering online: https://eservices.archives.gov/orderonline/

### STEP 1. SELECT THE STATE WHERE THE COURT CASE WAS FILED (select only one)

**MAKE A SELECTION FROM THE MENU BELOW:** California (Northern)

**ADDRESS TO SEND COMPLETED FORM:**
NARA, San Francisco Federal Records Center - Trust Fund Unit
1000 Commodore Drive
San Bruno, CA 94066-2350
Telephone: 650-238-3500; Fax: 650-238-3507
Email: sanbruno.reference@nara.gov

### STEP 2. SELECT COPY PACKAGE (select only one)

**Copy Package – Not Certified**
- [ ] Pre-Selected Documents — $35.00
- [ ] Entire Case File — $90.00 (150 page maximum)
- [ ] Docket Sheet — $35.00

**Copy Package – Certified**
\*\*Certification for faxed, scanned, & electronic transfer copies is **not available**\*\*
- [ ] Pre-Selected Documents Certified — $50.00
- [x] Entire Case File Certified — $105.00 ($15.00 per additional 150 pages or part thereof)
- [ ] Docket Sheet — $50.00

### STEP 3. CASE INFORMATION (obtain from the court in which the case was filed)

| COURT LOCATION (city & state) | DEBTOR NAME(S) | CASE NUMBER |
|---|---|---|
| San Francisco | Thomas Iglesias | 3:01-BK-32182 |

| TRANSFER NUMBER | BOX NUMBER |
|---|---|
| 21-03-0134 | 208 -- Location # 1610338 to 1610588 |

### STEP 4. DELIVERY OPTIONS (if no selection is made, paper copies will be delivered via mail)

**DELIVERY METHOD: (select one)**
- [x] Paper Copies by Mail
- [ ] Fax
- [ ] Scanned on CD/DVD by Mail
- [ ] Electronic Transfer via Secure FTP Site

**EXPEDITED DELIVERY: (optional, select one)**
- [ ] Overnight express (additional $30.00)
- [x] Charge FedEx Account ▒▒▒▒▒▒
- [ ] Charge UPS Account

### STEP 5. YOUR DELIVERY INFORMATION

| NAME (or send to the attention of): Robert P. Donovan, Esq. | DAYTIME TELEPHONE NUMBER (required): 201-857-6778 |
|---|---|
| ADDRESS LINE 1: Stevens & Lee | ALTERNATE TELEPHONE NUMBER (preferred): ▒▒▒-▒▒▒-▒▒▒▒ |
| ADDRESS LINE 2: 669 River Drive, Suite 201 | FAX NUMBER: 201-797-2090 |
| CITY: Elmwood Park     STATE: NJ     ZIP CODE: 07407 | EMAIL ADDRESS (for delivery by electronic transfer): robert.donovan@stevenslee.com |

### STEP 6. YOUR PAYMENT INFORMATION

**Credit Card** (please do not send credit card information via email)

CARD TYPE: [ ] VISA  [ ] MasterCard  [ ] American Express  [ ] Discover

ACCOUNT NUMBER:

EXPIRATION DATE (MM/YYYY):

NAME ON CARD:

3 OR 4 DIGIT SECURITY CODE (CVV):

SIGNATURE (Order cannot be processed without a signature unless the 3 or 4 digit security code is provided above)

**Check or Money Order**

Make your check or money order payable to:

**National Archives Trust Fund (NATF)**

Mail your request **with payment** to the address shown in **Step 1**.

### NARA USE ONLY

| RESEARCHER | DATE (DD/MM/YYYY) | PAYMENT [ ] PAID |
|---|---|---|
| REMARKS | REVIEW – DATE     TIME | CHECK # |

# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

## To all to whom these presents shall come. Greetings:

By virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf, under the seal of the National Archives and Records Administration, that the attached reproduction(s) is a true and correct copy of documents in his custody.

| Signature | |
|---|---|
| *Cynthia Mitchell* | |
| NAME | DATE |
| CYNTHIA MITCHELL | October 30, 2024 |
| TITLE | |
| Director, Federal Records Center | |
| NAME AND ADDRESS OF DEPOSITORY | |
| Federal Records Center – San Francisco<br>1000 Commodore Drive<br>San Bruno, CA 94066-2350 | |

*U.S. GPO: 1992-_____2/79063.

NA FORM 13040 (10-86)

( ) chapter 7 ____ of the above-named debtor is closed; and

( ) [other provisions needed]

Date: MAR 2_ _002

By: _____
U.S. Bankruptcy Judge