# EXHIBIT L

Home / California Salaries / San Francisco Salaries / Thomas Iglesias Jr

# Thomas Iglesias Jr

San Francisco

Recreation Coordinator

**View Thomas Iglesias Jr Background Search ➔**

*Sponsored*

## Thomas Iglesias Jr Overview

Thomas Iglesias Jr , working as Recreation Coordinator, was employed by San Francisco in 2023, and received regular pay of $84,120, other pay of $1,187, total pay of $85,307, benefits worth $31,746, **total compensation of $117,053** including pay and benefits. This compensation was 21 percent lower than the average and 18 percent lower than the median in San Francisco.

San Francisco records show Thomas Iglesias Jr held job of Recreation Coordinator from 2011 to 2023.

In year 2023 Thomas Iglesias Jr's total compensation was 25 percent higher than average Recreation Coordinator total compensation in the state of California.

According to the public records employee's total compensation increased by $30,874 from 2012 to 2013, which is a 35.8 percent rise. Since 2011, the total compensation has increased by $62,492, a total rise of 114.5 percent.

Advertisement

## Key Data

| | |
|---|---|
| Year | 2023 |
| Full Name | Thomas Iglesias Jr |
| Job Title | Recreation Coordinator |

**Get Recreation Coordinator Salary Statistics ❯**

| | |
|---|---|
| State | California |
| Employer | San Francisco |
| Total Compensation | $117,053 |
| Pay Plan | |

*Information may include where available: salary, bonuses, benefits, retirement contributions, pensions, and other financial data.

Advertisement