1  **CLARKSON LAW FIRM, P.C.**
   Ryan J. Clarkson (SBN 257074)
2  *rclarkson@clarksonlawfirm.com*
   Bahar Sodaify (SBN 289730)
3  *bsodaify@clarksonlawfirm.com*
   22525 Pacific Coast Highway
4  Malibu, CA 90265
   Tel: (213) 788-4050
5  Fax: (213) 788-4070

6  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>Defendant. | Case No. 4:22-cv-09108-JSW<br>FAC Filed: March 10, 2023<br><br>Hon. Jeffrey S. White<br><br>**DECLARATION OF BAHAR SODAIFY IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANT'S BILL OF COSTS** |

# DECLARATION OF BAHAR SODAIFY

I, Bahar Sodaify, hereby declare:

1. I am a partner at Clarkson Law Firm, P.C. ("Clarkson") and counsel of record for Plaintiff Thomas Iglesias ("Plaintiff") in this action. I am admitted to practice law in the State of California and before this Court. I have personal knowledge of the facts asserted in this declaration, and if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Plaintiff's Objection to Defendant's Bill of Costs.

3. I have caused to be filed concurrently as an exhibit in support of Plaintiff's Objection to Defendant's Bill of Costs a true and correct copy of the following document:

| Exhibit No. | Description |
|---|---|
| 1 | Arizona Beverage, FORBES, https://www.forbes.com/companies/arizona-beverage/ (last visited Sept. 16, 2025) |

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct. Executed on September 16, 2025 at Los Angeles, California.

                                                           */s/ Bahar Sodaify*
                                                           Bahar Sodaify