# Exhibit 1

*Plaintiff's Objection to Defendant's Bill of Costs*
Forbes Article re Arizona Beverages

**F** PROFILE        ⓘ

# Arizona Beverage

Woodbury, New York

Upgrade to gain access to exclusive features and add your profile photo.
**Learn More**

Forbes does not accept payment for placement on lists.

**Is This You?** Upgrade To Start Personalizing Your Forbes Profile

See Benefits ⌄

---

**F** | **From the Editor**

AriZona Beverage Co. LLC processes and distributes beverages. The firm's products include Green Tea with Ginseng, Pomegranate Green Tea, Botanical Black Tea, and Blueberry White Tea. The company was founded in 1971 by John Ferolito and Don Vultaggio.

**Founded**    1971

---

**Headquarters**    Woodbury, New York

---

**Country/Territory**    United States

---

**CEO**    Abid Rizvi

---

**Employees**    1,000

---

**Forbes Lists**

**#265    America's Top Private Companies** (2024)    ⌄

---

**#141    Most Cybersecure Companies** (2023)    ⌄

---

**Arizona Beverage Financial Summary**

Select list year    2024

**Revenue**    $2B

Sources

---

**Related People & Companies**

F    **Blue Bell Creameries**
Related by Industry: Food & Drink    [ View Profile → ]

Cargill    **Cargill**
Related by Industry: Food & Drink    [ View Profile → ]

Molloy    **Molloy College**
Located in Nassau-Suffolk, NY    [ View Profile → ]

**ALSO ON FORBES**

Seattle Seahawks Great Marshawn Lynch Details His New Fragrance Line BEASTMODE: 'It's Immaculate'

Man Arrested After Charlie Kirk Shooting Falsely Claimed He Was The Shooter, Utah Sheriff Says

The Look Book: Edward Enninful's Bacchanal For His New '72' Magazine