| | |
|---|---|
| 1 | **CLARKSON LAW FIRM, P.C.** |
| | Ryan J. Clarkson (SBN 257074) |
| 2 | *rclarkson@clarksonlawfirm.com* |
| | Bahar Sodaify (SBN 289730) |
| 3 | *bsodaify@clarksonlawfirm.com* |
| | 22525 Pacific Coast Highway |
| 4 | Malibu, California 90265 |
| | Tel: (213) 788-4050 |
| 5 | Fax: (213) 788-4070 |
| 6 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>Defendant. | Case No. 4:22-cv-09108-JSW<br>Case Filed: December 23, 2022<br>FAC Filed: March 10, 2023<br><br>*Assigned to Hon. Jeffrey S. White*<br><br>**DECLARATION OF PLAINTIFF THOMAS IGLESIAS IN SUPPORT OF OBJECTION TO DEFENDANT'S BILL OF COSTS AND OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEY FEES AND COSTS UNDER FED. R. CIV. P. 54 AND L.R. 54-5** |

# REDACTED—PUBLICLY FILED

## DECLARATION OF THOMAS IGLESIAS

I, Thomas Iglesias, hereby declare:

1. I am a party to this action and over the age of eighteen. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify to them.

2. I make this declaration in support of my Objection to Defendant's Bill of Costs (ECF No. 126) and my Opposition to Defendant's Motion for Attorney Fees and Costs Under Fed. R. Civ. P. 54 and L.R. 54-5 (ECF No. 127).

3. I am the named Plaintiff in this case. I am a lifelong resident of San Francisco, California, where I live with my wife and our three children, ▮▮▮▮. I have worked for the ▮▮▮▮ for ▮ years, where I am currently employed full-time as a Facilities Supervisor. Before that, I ▮▮▮▮.

4. My wife works at ▮▮▮▮, and together we support our family, including our three children, who still live at home with us. Our family budget is carefully managed to cover the costs of living in the Bay Area, including mortgage payments, household expenses, and raising our three children.

5. Despite knowing the risks of going up against a multi-billion-dollar company, I decided to bring this case because I believe companies should be honest about what they put in their products and how they label them. People should be able to trust what they see on food labels when buying products for themselves and their families. This case has never been about money for me. It is about standing up for consumers like me and my family and making sure others are not misled by labels that claim products are "All Natural" when they really are not.

6. When I first discovered the issue, I felt compelled to take action because I value honesty in labeling and transparency in the products my family consumes. As someone raising children, I was especially concerned about ensuring that what we purchase and consume is healthy, safe, and accurately represented.

7. Since 2021, I have worked closely with my attorneys to assist in every stage of this case. This has included reviewing important case documents and learning about the legal process, preparing for and sitting for a deposition that took hours and required me to take time off work, responding to written discovery requests thoroughly and honestly, staying in regular communication with my attorneys—sometimes late in the evenings after work—and taking part in strategy discussions and decisions throughout the case.

8. I have always done my best to cooperate fully in this case and to act with honesty and transparency. This has been a significant commitment for me, especially while balancing the demands of my full-time job and my family responsibilities, including caring for my ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, when needed.

9. Bringing this lawsuit was a serious decision. I understood that challenging a multi-billion-dollar corporation would be difficult and time-consuming, but I felt strongly that it was the right thing to do, not just for myself but for other consumers who trusted the representations made on Defendant's products.

10. Defendant is now trying to get me to pay thousands of dollars to cover their costs and hundreds of thousands of dollars to cover their attorneys' fees.

11. I do not have any agreement with my counsel or anyone else to cover any of Defendant's costs or fees if they were to be awarded against me.

12. If I had to pay these amounts, it would cause catastrophic financial hardship for me and my family. Many years ago, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and ever since then, I have been working hard to rebuild and regain my financial stability. My household depends entirely on the combined income from my job and my wife's job to cover our mortgage, utilities, groceries, school expenses for our youngest child, and other essential living costs. Attach as **Exhibit A** is a true and correct copy of an excerpt of my federal income tax filing for 2024.

13. An unexpected debt of this size would be ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I cannot begin to think about how we would pay thousands of dollars while continuing to meet our existing financial obligations. It would seriously threaten our family's financial stability and well-being.

14. My understanding is Arizona is a huge company with billions of dollars in financial resources. I am an individual consumer with limited means who tried to do the right thing for consumers in bringing this case. It would be very unfair to make me (or any consumer like me) pay thousands of dollars to a corporation for trying to stand up and do the right thing.

15. I brought this case because I strongly believe consumers deserve truth in advertising. If people like me are forced to pay huge amounts in attorneys' fees and costs when they lose, it will scare away consumers like me from ever bringing consumer protection cases.

16. It would go against what I believe is the whole point of consumer protection laws, which depend on regular people like me speaking up when companies are dishonest or misleading. It would send the message that only those with huge amounts of money can afford to fight back, leaving ordinary people without a voice.

17. I respectfully ask the Court to deny Defendant's Bill of Costs (ECF No. 126) and Defendant's Motion for Attorney Fees and Costs Under Fed. R. Civ. P. 54 and L.R. 54-5 (ECF No. 127). Requiring me to pay thousands of dollars, let alone hundreds of thousands of dollars, would ███████████████████████████████, and send a message to ordinary consumers that the consequence of losing is too expensive, even when pursued in good faith.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this  09 / 16 / 2025 , in San Francisco, California.

Thomas Iglesias