# Exhibit A

*Plaintiff's Objection to Defendant's Bill of Costs*

Excerpt of Plaintiff Thomas Iglesias' federal income tax filing for 2024

*Redacted Version of Document*

*Filed Provisionally Under Seal*