**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>Defendant. | Case No. 4:22-cv-09108-JSW<br>FAC Filed: March 10, 2023<br><br>Hon. Jeffrey S. White<br><br>**DECLARATION OF BAHAR SODAIFY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS UNDER FED. R. CIV. P. 54 AND L.R. 54-5.**<br><br>Hearing Information<br>Date: October 10, 2025<br>Time: 9:00 a.m.<br>Ctrm: 5, 2nd Floor |

Case No. 4:22-cv-09108-JSW

DECLARATION OF BAHAR SODAIFY ISO PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR ATTORNEYS' FEES AND COSTS

# DECLARATION OF BAHAR SODAIFY

I, Bahar Sodaify, hereby declare:

1. I am a partner at Clarkson Law Firm, P.C. ("Clarkson") and counsel of record for Plaintiff Thomas Iglesias ("Plaintiff" or "Mr. Iglesias") in this action. I am admitted to practice law in the State of California and before this Court. I have personal knowledge of the facts asserted in this declaration, and if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Plaintiff's Opposition to Defendant's Motion for Attorneys' Fees and Costs.

3. Mr. Iglesias and Clarkson took and defended multiple depositions, retained and worked with experts, and prepared a robust class certification motion supported by expert reports and extensive evidence. Mr. Iglesias also actively engaged in settlement discussions and complied with all Court orders. At no point did he or his counsel engage in any conduct that could be construed as bad faith, vexatious, or frivolous. And while Defendant obtained judgment (Dkt. No. 120), this case raised legitimate, complex questions about labeling practices, consumer perceptions, and damages.

4. Mr. Iglesias' case was not only carefully investigated and supported by expert analysis but also advanced through extensive discovery and motion practice, including class certification briefing. Mr. Iglesias, through his counsel at Clarkson, diligently and vigorously prosecuted this case on behalf of the proposed class. Clarkson successfully opposed Defendant's motion to dismiss nearly all of Plaintiff's claims, and also successfully defeated Defendant's attempt to dismiss, stay, or transfer this action under the first-to-file rule. Clarkson devoted significant resources to case development and discovery, including analyzing Defendant's approximately 50,000-page document production, and taking three Rule 30(b)(6) depositions of Defendant concerning the marketing, labeling, and formulation of the products at issue. Clarkson also engaged in substantial written discovery, managed third-party subpoenas, and conducted an in-depth investigation into the ingredient composition of the products. To support class certification and liability, Clarkson retained qualified experts to conduct a conjoint analysis to measure the price

premium associated with the "All Natural" claim, to assess class-wide damages based on that premium, and to evaluate consumer perception of the "All Natural" representation.

5. Defendant stretches minor lapses in Plaintiff's memory into baseless accusations of bad faith. Plaintiff understandably did not recall peripheral individuals—Yana Hart, an attorney he has not worked with in two years who is no longer counsel on the case (Dkt. No. 33), and Ryan Ardi, a junior associate briefly involved in the case who is no longer at the firm. Conveniently, Defendant omits that Mr. Iglesias knew and acknowledged me and other attorneys at Clarkson working the case for the last couple years, undermining any suggestion of bad faith.

6. Mr. Iglesias has actively collaborated with Clarkson throughout the litigation. He has participated meaningfully at every stage of the case, including maintaining regular contact with counsel, reviewing case documents, responding to discovery requests, overseeing the prosecution of the claims, and preparing for and sitting for his deposition.

7. I have caused to be filed concurrently as an exhibit in support of Plaintiff's Opposition to Defendant's Motion for Attorneys' Fees and Costs a true and correct copy of the following document:

| Exhibit No. | Description |
|---|---|
| 1 | Arizona Beverage, FORBES, https://www.forbes.com/companies/arizona-beverage/ (last visited Sept. 16, 2025) |

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct. Executed on September 17, 2025 at Los Angeles, California.

/s/ Bahar Sodaify
Bahar Sodaify