**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

**WILLENKEN LLP**
Jason H. Wilson (SBN 140269)
*jwilson@willenken.com*
707 Wilshire Boulevard, Suite 4100
Los Angeles, CA 90017
Tel.: (213) 955-9240
Fax: (213) 955-9250

**STEVENS & LEE**
Robert P. Donovan (admitted *Pro Hac Vice*)
*robert.donovan@stevenslee.com*
Shirley D. Moreno (admitted *Pro Hac Vice*)
*shirley.moreno@stevenslee.com*
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Tel.: (201) 857-6778
Fax: (610) 371-7938

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>Defendant. | Case No. 4:22-cv-09108-JSW<br><br>Hon. Jeffrey S. White, U.S.D.J.<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER NOTIFYING COURT OF SETTLEMENT AND REQUESTING THAT PENDING MOTIONS BE HELD IN ABEYANCE** |

Plaintiff, Thomas Iglesias, and Defendant, Arizona Beverages USA, LLC, (collectively, the "Parties"), through their respective counsel of record, hereby stipulate that the within action has been settled and respectfully request that the Court hold all pending motions and requests in abeyance for 7 days to allow time for the finalization and filing of the required documentation.

-1-
JOINT STIPULATION AND PROPOSED ORDER NOTIFYING COURT OF SETTLEMENT AND
REQUESTING THAT PENDING MOTIONS BE HELD IN ABEYANCE

01/09/2026 SL1 3920129v1 115260.00012

**IT IS SO STIPULATED.**

Dated: January 9, 2026                    **CLARKSON LAW FIRM, P.C.**

By: */s/ Ryan J. Clarkson*
Ryan J. Clarkson
Bahar Sodaify

*Attorneys for Plaintiff*

Dated: January 9, 2026                    **STEVENS & LEE**

By: */s/ Robert P. Donovan*
Robert P. Donovan

**WILLENKEN LLP**
Jason H. Wilson

*Attorneys for Defendant*

-2-
JOINT STIPULATION AND PROPOSED ORDER NOTIFYING COURT OF SETTLEMENT AND
REQUESTING THAT PENDING MOTIONS BE HELD IN ABEYANCE

01/09/2026 SL1 3920129v1 115260.00012

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2026    _____

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 9, 2026    */s/ Robert P. Donovan*
                          Robert P. Donovan
                          *Attorneys for Defendant*

-3-
JOINT STIPULATION AND PROPOSED ORDER NOTIFYING COURT OF SETTLEMENT AND
REQUESTING THAT PENDING MOTIONS BE HELD IN ABEYANCE

01/09/2026 SL1 3920129v1 115260.00012