**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC<br><br>Defendant. | CASE NO. 4:22-CV-09108-JSW<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action, with prejudice, without costs and without attorneys' fees to any party.

Dated: January 16 , 2026

Ryan J. Clarkson, Esq.

CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, California 90265
Telephone No.: (213) 788-4050
rclarkson@clarksonlawfirm.com
*Attorneys for Plaintiff*

Robert P. Donovan, Esq. (admitted *Pro Hac Vice*)

STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone No.: (201) 857-6778
Robert.donovan@stevenslee.com
*Attorneys for Defendant*

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE
01/16/2026 SL1 3966175v1 115260.00012