UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THOMAS IGLESIAS,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>　　　　　Defendant - Appellee. | No. 25-5942<br><br>D.C. No. 4:22-cv-09108-JSW<br>Northern District of California,<br>Oakland<br><br>ORDER |

　　　Pursuant to the parties' stipulation (Docket Entry No. 21), this appeal is

dismissed. *See* Fed. R. App. P. 42(b).

　　　This order serves as the mandate of the court.


　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　CLERK OF COURT